CLOVER CREST STOCK FARMS, INC., Respondent, *v.* PACIFIC FIRE INSURANCE COMPANY, Appellant, Impleaded with Another.

*Appeal — motion to dismiss for failure to file undertaking and serve copies of record.*

*Clover Crest Stock Farms* v. *P. F. Ins. Co.*, 211 App. Div. 834, appeal dismissed.

(Submitted May 24, 1926; decided June 1, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the grounds of failure to file the required undertaking and to make and serve the record on appeal.

*James O. Sebring* for motion.

*Thomas F. Rogers* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant within ten days serve on respondent copy of undertaking and notice of filing, and also printed copies of case on appeal, in which event motion to dismiss is denied, with ten dollars costs to respondent.

---

PAUCHOGUE LAND CORPORATION, Respondent, *v.* LONG ISLAND STATE PARK COMMISSION et al., Appellants.

(Submitted June 2, 1926; decided June 3, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 15.)